# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Kyle Yanish, Robert Vanderwal, and Whitney Hollingsworth, | ) ) ) | |
| Plaintiffs, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| MBI Energy Logistics, LLC, | ) ) | Case No. 1:18-cv-086 |
| Defendant. | ) ) | |

The Court shall hold a status conference with the parties by telephone on May 24, 2019, at 2:00 p.m. CDT. To participate in the conference, counsel should call the following number and enter the following access code:

Tel. No. (877) 810-9415
Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 16th day of May, 2019.

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court