# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Whitney Hollingsworth, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR LEAVE** |
| | ) | **TO WITHDRAW AND SCHEDULING** |
| vs. | ) | **STATUS CONFERENCE** |
| | ) | |
| MBI Energy Logistics, LLC, | ) | Case No. 1:18-cv-086 |
| | ) | |
| Defendant. | ) | |

On November 13, 2019, attorney James Loran filed a Motion to Withdraw as Counsel pursuant to D.N.D. Civ. L.R. 1.3(F)(3). (Doc. No. 37). He seeks leave to withdraw as counsel for Plaintiff Whitney Hollingsworth ("Hollingsworth"), citing a general breakdown in the attorney-client relationship. (Doc. No 37-1).

The court **GRANTS** the motion (Doc. No. 37) and authorizes attorney James Loran to withdraw as counsel for Hollingsworth. The Clerk's office shall send a copy of this order to Hollingsworth.

The final pretrial conference and trial are scheduled for December 20, 2019, and January 6, 2020, respectively. To ascertain whether these dates remain viable, whether Hollingsworth intends to retain new counsel, and how the parties would otherwise like to proceed, the magistrate judge shall hold status conference by telephone on November 26, 2019, at 11:00 a.m. CST. To participate, Hollingsworth (or any attorney she retains in the interim) and defense counsel shall call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2019.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court